IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAWRENCE EDWARD MARTIN**     **PETITIONER**
ADC #106491

v.     Case No. 4:22-cv-01271-KGB

**DEXTER PAYNE**     **RESPONDENT**

## ORDER

Before the Court are Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 44). Mr. Martin filed no objections to the Recommendation, and the time to do so has now passed. After a careful consideration, the Court adopts the Recommendation as the Court's findings of fact and conclusions of law in all respects (*Id.*). Mr. Martin's petition is dismissed without prejudice (Dkt. No. 2). Mr. Martin's motion for a new trial is denied as moot (Dkt. No. 28).

So ordered this 27th day of March, 2024.

_____
Kristine G. Baker
Chief United States District Judge